UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN KOHN,

        Plaintiff,

    v.

STATE BAR OF CALIFORNIA, et al.,

        Defendants.

Case No. 20-cv-04827-PJH

**ORDER RE: MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**

Re: Dkt. No. 4

Before the court is plaintiff's motion for leave to proceed in forma pauperis. As part of his application, plaintiff has provided some information regarding his income, debt, assets, and payments. Based on his bank accounts and monthly expenses, it is not clear to the court that plaintiff is unable to pay the filing fee. See Dkt. 4 at 3. Further, plaintiff's response concerning his business-related income (id. at 2) does not clearly explain how much income he has received within the past twelve months and whether the business debt he references is accounted for later in his application (id. at 3).

Accordingly, plaintiff shall file a supplemental filing responsive to the court's concerns and that more specifically states plaintiff's income and debt. Plaintiff may use the form provided by the Clerk of Court or otherwise file in accordance with Civil Local Rule 3-10 concerning motions to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: July 21, 2020

                          /s/ Phyllis J. Hamilton
                          PHYLLIS J. HAMILTON
                          United States District Judge