UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN KOHN,

      Plaintiff,

    v.

STATE BAR OF CALIFORNIA, et al.,

      Defendants.

Case No. 20-cv-04827-PJH

**JUDGMENT**

The issues having been duly heard and the court having granted defendants' motion to dismiss the first amended complaint with prejudice,

it is Ordered and Adjudged

that plaintiff take nothing, and that the action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: October 27, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge