```
 1  ELLIN DAVTYAN (238608)
    General Counsel
 2  KIRSTEN GALLER (227171)
    Deputy General Counsel
 3  JENNIFER SPERLING (310551)
    Assistant General Counsel
 4  OFFICE OF GENERAL COUNSEL
    THE STATE BAR OF CALIFORNIA
 5  845 South Figueroa Street
    Los Angeles, CA 90017
 6  Tel: (213) 765-1008
    Email: Jennifer.Sperling@calbar.ca.gov
 7
 8  BRADY R. DEWAR (252776)
    Assistant General Counsel
 9  JEAN R. KRASILNIKOFF (280450)
    Assistant General Counsel
10  THE STATE BAR OF CALIFORNIA
    OFFICE OF GENERAL COUNSEL
11  180 Howard Street
    San Francisco, CA 94105-1639
12  Telephone: (415) 538-2309
13
14  Attorneys for Defendants
    THE STATE BAR OF CALIFORNIA;
15  CALIFORNIA COMMITTEE OF BAR
    EXAMINERS
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN KOHN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE BAR OF CALIFORNIA, CALIFORNIA COMMITTEE OF BAR EXAMINERS, and THEIR AGENTS IN THEIR OFFICIAL CAPACITY,<br><br>Defendants. | Case No.: 4:20-cv-04827-PJH<br><br>**STATE BAR DEFENDANTS' OPPOSITION IN PART TO PLAINTIFF'S MOTION TO APPOINT PRO BONO COUNSEL**<br><br>JUDGE: Hon. Phyllis J. Hamilton |

Plaintiff Bejamin Kohn has filed a Motion to Appoint Pro Bono Counsel Kathleen Becket and Andrew Rozynski. Dkt. 72. The State Bar of California and California Committee of Bar Examiners ("State Bar Defendants") take no position on the appointment of counsel for Mr. Kohn in the district court.

However, the motion further also asks that the Court allow until the later of February 10, 2025, or 90 days from the order of appointment, to file any Second Amended Complaint ("SAC"). Dkt. 72 at 2. The State Bar Defendants oppose this scheduling proposal, or that scheduling matters be resolved as part of the motion. As set forth in the State Bar Defendants' separate Case Management Statement, the State Bar Defendants agree that some time to amend is warranted but believe that a period of 45 – 60 days maximum is appropriate as the only claims remaining are those arising under (1) Title II of the Americans with Disabilities Act and (2) California's Unruh Act. Dkt. 73 at §§ 4 – 5. Kohn's separate Case Management Statement maintains the position set forth in this motion, that the SAC be filed February 10, 2026, or 90-days after the motion to appoint pro bono counsel is decided, whichever is later. Dkt. 74 at 16.

A case management conference is scheduled for November 6, 2025, at 10:00 a.m. The State Bar Defendants respectfully request that scheduling matters be discussed in that forum rather than resolved through this motion.

Dated: November 5, 2025                    STATE BAR OF CALIFORNIA
                                           OFFICE OF THE GENERAL COUNSEL


                                           By: /s/ JENNIFER SPERLING
                                               JENNIFER SPERLING
                                               Assistant General Counsel
                                               Attorneys for Defendants
                                               THE STATE BAR OF CALIFORNIA and
                                               CALIFORNIA COMMITTEE OF BAR
                                               EXAMINERS

# DECLARATION OF SERVICE

I, Ryan Sullivan, hereby declare: that I am over the age of eighteen years and am not a party to the within above-entitled action, that I am employed in the City and County of San Francisco, that my business address is The State Bar of California, 180 Howard Street, San Francisco, CA 94105.

On November 5, 2025, following ordinary business practice, I filed via the United States District Court, Northern District of California electronic case filing system, the following:

**STATE BAR DEFENDANTS' OPPOSITION IN PART TO PLAINTIFF'S MOTION TO APPOINT PRO BONO COUNSEL**

Participants in the case who are registered CM/ECF users will be served.

*See the CM/ECF service list.*

I also served a copy on the following parties:

Benjamin Kohn
1913 Fordham Way,
Mountain View, CA 94040
Benjamin.S.Kohn@gmail.com

By the following means:

☒ (***By U.S. Mail***) By enclosing the foregoing documents in a sealed envelope or package addressed to the persons at the addresses above and depositing the sealed envelope with the United States Postal Service, with the postage fully prepaid.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed at San Francisco, California, on November 5, 2025.

_____
Ryan Sullivan