# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

**Date:** November 6, 2025  (Time: 33 minutes)      **JUDGE:**  Phyllis J. Hamilton

**Case No:** 20-cv-04827-PJH
**Case Name:**  Kohn v. State Bar of California

**Attorney(s) for Plaintiff:**      Benjamin Kohn (Pro Se)
**Attorney(s) for Defendants:**     Jennifer Sperling

**Deputy Clerk:**  Kelly Collins           **Court Reporter:** Not Reported

### PROCEEDINGS

Initial Case Management Conference - Held. Amended complaint due by 2/5/2026. Motion to dismiss to be filed by 3/12/2026. Response due by 4/9/2026 or 4/16/2026 upon agreement by parties. Reply due 14 days thereafter.  Hearing on motion to dismiss to be determined.

Motion to Appoint Pro Bono Counsel Hearing – Held.  Plaintiff to notify Court by close of business 11/7/2025 if he requests referral to Pro Bono Project.

cc: chambers