```
1   Benjamin Kohn
2   Pro Se Plaintiff
3   1913 Fordham Way,
4   Mountain View, CA 94040
5   (650) 919-3584
6   Benjamin.s.Kohn@gmail.com
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN KOHN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE BAR OF CALIFORNIA, CALIFORNIA COMMITTEE OF BAR EXAMINERS, and THEIR AGENTS IN THEIR OFFICIAL CAPACITY,<br><br>Defendants. | Case No.: 4:20-cv-04827-PJH<br><br>**Notice of Withdrawal of Motions To Appoint Counsel, Without Prejudice.**<br>**(Dkts. 64, 72).**<br><br>JUDGE: HON. PHYLLIS J. HAMILTON |

    Following yesterday's Case Management Conference, Kohn conferred with his prospective counsel, Ms. Becket and Mr. Rozynski, regarding the Court's positions and offers on the pending motion. In light of the Court's disinclination to appoint both of them together, and their mutual need for co-counsel to take on this matter, Kohn understands that Ms. Becket and Mr. Rozynski plan to instead appear as retained pro bono counsel upon finalizing retainer agreements. Mr. Rozynski wishes to take the Court up on the offer to allow him to appear pro hac vice (with Ms. Becket's supervision as N.D. California-barred counsel) with a waived fee based on his commitment to handling this case pro bono. This may take a few weeks given their press of work in other legal matters.

    Based on this understanding, Kohn does not wish to proceed at this time with referral to the Pro Bono Project. He withdraws the motions at Dkts. 64 and 72 without prejudice to refiling a future motion to appoint counsel if intervening circumstances occur affecting the planned representation. In the meantime, Kohn anticipates proceeding with this case on the schedule set by the Court at Dkt.77 through the representation of Ms. Becket and Mr. Rozynski.

Dated: November 7, 2025

/s/ Benjamin Kohn

### Certificate of Service:

I, Benjamin Kohn, hereby certify that I will e-file this Reply with the Clerk of the U.S. District Court for the Northern District of California, and thereby serve Defendants' counsel.

Dated: November 7, 2025.

/s/ Benjamin Kohn     Dated: November 7, 2025.