ELLIN DAVTYAN (238608)
General Counsel
KIRSTEN GALLER (227171)
Deputy General Counsel
JENNIFER SPERLING (310551)
Assistant General Counsel
OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA
845 South Figueroa Street
Los Angeles, CA 90017
Tel: (213) 765-1008
Email: Jennifer.Sperling@calbar.ca.gov

BRADY R. DEWAR (252776)
JEAN R. KRASILNIKOFF (280450)
Assistant General Counsel
THE STATE BAR OF CALIFORNIA
OFFICE OF GENERAL COUNSEL
180 Howard Street
San Francisco, CA 94105-1639
Telephone: (415) 538-2309

Attorneys for Defendants
THE STATE BAR OF CALIFORNIA;
CALIFORNIA COMMITTEE OF BAR
EXAMINERS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN KOHN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE BAR OF CALIFORNIA, CALIFORNIA COMMITTEE OF BAR EXAMINERS, and THEIR AGENTS IN THEIR OFFICIAL CAPACITY,<br><br>Defendants. | Case No.:  4:20-cv-04827-PJH<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST FOR ORDER EXTENDING TIME FOR THE FILING OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE**<br><br>JUDGE:  HON. PHYLLIS J. HAMILTON |

The Court, having considered the parties' joint stipulation and the Declaration of Jennifer Sperling in support thereof, and good cause having been shown, hereby grants the joint stipulation and orders as follows:

(1) The time within which the State Bar Defendants shall move to dismiss the Second Amended Complaint (SAC) shall be extended to April 28, 2026;

(2) The time for Plaintiff Benjamin Kohn to oppose the motion State Bar Defendants' motion to dismiss shall be extended to June 26, 2026; and

(3) The time for the State Bar Defendants to file a reply in support of their motion to dismiss shall be extended to July 14, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 5 , 2026

By: _____
PHYLLIS J. HAMILTON
U.S. DISTRICT JUDGE

[Proposed] Order Grating Joint Stipulation to Extend Deadlines          Case No. 4:20-cv-04827-PJH