ELLIN DAVTYAN (238608)
General Counsel
KIRSTEN GALLER (227171)
Deputy General Counsel
JENNIFER SPERLING (310551)
Assistant General Counsel
OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA
845 South Figueroa Street
Los Angeles, CA 90017
Tel: (213) 765-1008
Email: Jennifer.Sperling@calbar.ca.gov

BRADY R. DEWAR (252776)
JEAN R. KRASILNIKOFF (280450)
Assistant General Counsel
THE STATE BAR OF CALIFORNIA
OFFICE OF GENERAL COUNSEL
180 Howard Street
San Francisco, CA 94105-1639
Telephone: (415) 538-2309

Attorneys for Defendants
THE STATE BAR OF CALIFORNIA;
CALIFORNIA COMMITTEE OF BAR
EXAMINERS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENJAMIN KOHN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE BAR OF CALIFORNIA, CALIFORNIA COMMITTEE OF BAR EXAMINERS, and THEIR AGENTS IN THEIR OFFICIAL CAPACITY,<br><br>Defendants. | Case No.: 4:20-cv-04827-PJH<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING FILING OF THIRD AMENDED COMPLAINT AND REQUEST TO ENLARGE PAGE LIMITS AND SET BRIEFING SCHEDULE**<br><br>JUDGE: HON. PHYLLIS J. HAMILTON |

The Court, having considered the parties' joint stipulation and the Declaration of Jennifer Sperling in support thereof, and good cause having been shown, hereby grants the joint stipulation and orders as follows:

1. Having obtained Defendants' written consent to its filing, Plaintiff is authorized to file his Third Amended Complaint, attached as exhibit A to the parties' stipulation, and is instructed to file it within seven (7) calendar days of the date of this Order.

2. The briefing schedule for responding to the TAC shall be set as follows:

   a. Defendants shall file their motion to dismiss the TAC by July 24, 2026, and such motion shall not exceed 35 pages of text.

   b. Plaintiff shall file his opposition to Defendants' motion to dismiss by September 22, 2026, and such opposition shall not exceed 35 pages of text; and

   c. Defendants shall file their reply by October 20, 2026, and such reply shall not exceed 20 pages of text.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 22, 2026

By: ______________________________
PHYLLIS J. HAMILTON
U.S. DISTRICT JUDGE