ELLIN DAVTYAN (238608)
General Counsel
KIRSTEN GALLER (227171)
Deputy General Counsel
JENNIFER SPERLING (310551)
Assistant General Counsel
OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA
845 South Figueroa Street
Los Angeles, CA 90017
Tel: (213) 765-1008
Email: Jennifer.Sperling@calbar.ca.gov

BRADY R. DEWAR (252776)
Assistant General Counsel
JEAN R. KRASILNIKOFF (280450)
Assistant General Counsel
THE STATE BAR OF CALIFORNIA
OFFICE OF GENERAL COUNSEL
180 Howard Street
San Francisco, CA 94105-1639
Telephone: (415) 538-2309

Attorneys for Defendants
THE STATE BAR OF CALIFORNIA;
CALIFORNIA COMMITTEE OF BAR
EXAMINERS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN KOHN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE BAR OF CALIFORNIA, CALIFORNIA COMMITTEE OF BAR EXAMINERS, and THEIR AGENTS IN THEIR OFFICIAL CAPACITY,<br><br>Defendants. | Case No.: 4:20-cv-04827-PJH<br><br>**NOTICE OF CONSTITUTIONAL QUESTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 5.1 AND CIVIL LOCAL RULE 3-8**<br><br>JUDGE: HON. PHYLLIS J. HAMILTON |

TO THE COURT, THE ACTING ATTORNEY GENERAL OF THE UNITED STATES, THE ATTORNEY GENERAL OF THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES:

Pursuant to Federal Rule of Civil Procedure 5.1(a) and Civil Local Rule 3-8(a), defendants the State Bar of California and Committee of Bar Examiners (hereinafter, together, the "State Bar"), by and through undersigned counsel, hereby submits this Notice of Constitutional Challenge of Statute. The State Bar's Motion to Dismiss Plaintiff's Third Amended Complaint asserts that, under the three-step test of *United States v. Georgia*, 546 U.S. 151, 159 (2006), Congress has not validly abrogated the State Bar's sovereign immunity as *applied* to Plaintiff's claim under Title II of the Americans with Disabilities Act. The State Bar's position is that Rule 5.1(a) and Civil Local Rule 3-8(a) do not apply here, because the State Bar is not asserting a facial challenge to 42 U.S.C. § 12202 and thus the Court's duty to certify is not triggered. *See* Dkt. 73. Nonetheless, in an abundance of caution, the State Bar submits this notice under Rule 5.1(a)(1) and Civil Local Rule 3-8(a).

The State Bar served the acting Attorney General of the United States and the United States Attorney for the Northern District of California with a copy of this notice, as well as the State Bar's motion to dismiss, by certified mail on July 24, 2026. *See* Rule 5.1(a)(2); *see also* L.R. 3-8(a). A true and correct copy of the Declaration of Service is attached as Exhibit A.

Dated: July 24, 2026    STATE BAR OF CALIFORNIA
            OFFICE OF THE GENERAL COUNSEL


By: */s/ JENNIFER SPERLING*
  JENNIFER SPERLING
  Assistant General Counsel
  Attorneys for Defendants
  THE STATE BAR OF CALIFORNIA and
  CALIFORNIA COMMITTEE OF BAR
  EXAMINERS

Notice of Constitutional Question        Case No. 4:20-cv-04827-PJH

# EXHIBIT A

Notice of Constitutional Question                    Case No. 4:20-cv-04827-PJH

# DECLARATION OF SERVICE

I, Ryan Sullivan, hereby declare: that I am over the age of eighteen years and am not a party to the within above-entitled action, that I am employed in the City and County of San Francisco, that my business address is The State Bar of California, 180 Howard Street, San Francisco, CA 94105.

On July 24, 2026, following ordinary business practice, I served true and correct copies of the following documents:

**NOTICE OF CONSTITUTIONAL QUESTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 5.1 AND CIVIL LOCAL RULE 3-8**

**THE STATE BAR OF CALIFORNIA AND COMMITTEE OF BAR EXAMINERS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THE STATE BAR OF CALIFORNIA AND COMMITTEE OF BAR EXAMINERS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**

on the following parties:

Todd Blanche
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Craig H. Missakian
U.S. Attorney
Northern District of California
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

By the following means:

☒ (***By U.S. Certified Mail***) By enclosing the foregoing documents in a sealed envelope or package addressed to the persons at the addresses above and depositing the sealed envelope with the United States Postal Service, with the postage fully prepaid and certified.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed at Oakland, California, on July 24, 2026.

*Ryan Sullivan*
Ryan Sullivan

## DECLARATION OF SERVICE

I, Ryan Sullivan, hereby declare: that I am over the age of eighteen years and am not a party to the within above-entitled action, that I am employed in the City and County of San Francisco, that my business address is The State Bar of California, 180 Howard Street, San Francisco, CA 94105.

On July 24, 2026, following ordinary business practice, I filed via the United States District Court, Northern District of California electronic case filing system, the following:

**NOTICE OF CONSTITUTIONAL QUESTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 5.1 AND CIVIL LOCAL RULE 3-8**

Participants in the case who are registered CM/ECF users will be served.

See *the CM/ECF service list.*

I also served a copy on the following parties:

Benjamin Kohn
1913 Fordham Way,
Mountain View, CA 94040
Benjamin.s.Kohn@gmail.com

By the following means:

☒ (***By Email or Electronic Transmission***) By emailing the document(s) to the person(s) at the email address(es) listed above, from e-mail address ryan.sullivan@calbar.ca.gov. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed at Oakland, California, on July 24, 2026.

*Ryan Sullivan*
_____
Ryan Sullivan

Notice of Constitutional Question

Case No. 4:20-cv-04827-PJH