Andrew Rozynski, Esq. (Applicant, *pro hac vice*)
**EISENBERG & BAUM, LLP**
24 Union Square East, PH
New York, NY 10003
Phone: 212-353-8700
Fax: 212-353-1708
Email: arozynski@eandblaw.com

Matt Valenti, Esq. (SBN 253978)
**VALENTI LAW, APC**
10174 Austin Drive #1116
Spring Valley, CA 91979
Phone: 619-540-2189
Email: mattvalenti@valentilawapc.com
*Local Counsel*

***Attorneys for Plaintiff Benjamin Kohn***

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| BENJAMIN KOHN,<br><br>Plaintiff,<br><br>v.<br><br>STATE BAR OF CALIFORNIA; CALIFORNIA COMMITTEE OF BAR EXAMINERS AND THEIR AGENTS IN THEIR OFFICIAL CAPACITY,<br><br>Defendants. | Case No. 4:20-cv-04827-PJH<br>Hon. Phyllis J. Hamilton<br><br>**APPLICATION AND MOTION OF ANDREW ROZYNSKI FOR ADMISSION *PRO HAC VICE*; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Civil L.R. 11-3<br><br>No hearing requested |

**NOTICE OF APPLICATION AND MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Andrew Rozynski of Eisenberg & Baum, LLP applies under Civil Local Rule 11-3 for admission *pro hac vice* as counsel for Plaintiff Benjamin Kohn, and moves for entry of the order granting that application, which appears at page 2 of the application form filed with this motion.

The application rests on the completed Application for Admission of Attorney *Pro Hac Vice* filed herewith; the Declaration of Andrew Rozynski and the certificate of good standing attached to it as Exhibit A; the notice of appearance of local counsel Matt Valenti (Dkt. 90); and the records on file in this action.

The Clerk presents an application under Civil L.R. 11-3 to the assigned Judge for approval. *See* Civil L.R. 11-3(d). No hearing date is noticed, and Applicant requests that the motion be decided without oral argument. *See* Civil L.R. 7-1(b). The admission fee set by the Court's fee schedule has been paid through Pay.gov concurrently with this filing. *See* Civil L.R. 11-3(e).

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I. BACKGROUND**

Benjamin Kohn is proceeding *in forma pauperis* and has been litigating this case without a lawyer since his prior local counsel withdrew in February 2026. Applicant and Matt Valenti have agreed to represent him without fee. Mr. Valenti, a member of the bar

of this Court, appeared for Mr. Kohn on September 8, 2026. Applicant is admitted in New York and not in this District, so his appearance requires leave under Civil L.R. 11-3 and the designation of local co-counsel who belongs to the bar of this Court and keeps an office in California. Mr. Valenti has agreed to serve in that role and is designated in the application.

The application and the fee accompany Applicant's first appearance in the action, which is what Civil L.R. 11-3(b) requires.

## II. THE APPLICATION MEETS EVERY REQUIREMENT OF CIVIL L.R. 11-3

Civil L.R. 11-3(a) allows an attorney who is not a member of this Court's bar to apply to appear *pro hac vice* in a particular action on a showing that he is an active member in good standing of the bar of another United States court or of the highest court of another State or the District of Columbia; that he agrees to abide by the Local Rules, including the Standards of Professional Conduct and the ADR Local Rules; that a certificate of good standing from that bar, dated no more than a year before the application, accompanies it; and that he designates local co-counsel who is a member of this Court's bar in good standing and maintains an office in California.

Applicant was admitted to practice in all the courts of New York on June 19, 2012, by the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, and remains in good standing. The certificate of good standing from that

Court, dated February 2, 2026, is Exhibit A to his declaration. He agrees to familiarize himself with and abide by this Court's Local Rules, the Standards of Professional Conduct, and the ADR Local Rules, and so declares under penalty of perjury.

Nothing in Civil L.R. 11-3(c) disqualifies him. He does not reside in California, does not regularly practice law here, and is not regularly engaged in substantial business or professional activity in this State. This Court has granted him no *pro hac vice* admission in the preceding twelve months.

Applicant designates Matt Valenti as local co-counsel. Mr. Valenti is an active member in good standing of the State Bar of California and of the bar of this Court, admitted here on March 12, 2008, and maintains an office in California at the address above. Service of papers upon, and communication with, designated local co-counsel constitutes notice to the party. *See* Civil L.R. 11-3(f).

## III. CONCLUSION

Admission gives Mr. Kohn counsel of his choice at no cost to him, with local co-counsel of record answerable to this Court for compliance with its rules, and it does so while a motion to dismiss is pending against him. Applicant respectfully requests that the Court grant the application, subject to the terms and conditions of Civil L.R. 11-3, and enter the order at page 2 of the application form.

Dated: September 8, 2026

Respectfully submitted,

**EISENBERG & BAUM, LLP**

By: /s/ Andrew Rozynski
ANDREW ROZYNSKI, ESQ.
Applicant
Attorney for Plaintiff Benjamin Kohn

## CERTIFICATE OF SERVICE

I certify that on the date below I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel and parties of record who are registered CM/ECF users. Any party or counsel who is not a registered CM/ECF user has been served by first class mail, postage prepaid, at the address of record.

Dated: September 8, 2026

/s/ Andrew Rozynski
ANDREW ROZYNSKI, ESQ.