Andrew Rozynski, Esq. (Applicant, *pro hac vice*)
**EISENBERG & BAUM, LLP**
24 Union Square East, PH
New York, NY 10003
Phone: 212-353-8700
Fax: 212-353-1708
Email: arozynski@eandblaw.com

Matt Valenti, Esq. (SBN 253978)
**VALENTI LAW, APC**
10174 Austin Drive #1116
Spring Valley, CA 91979
Phone: 619-540-2189
Email: mattvalenti@valentilawapc.com
*Local Counsel*

***Attorneys for Plaintiff Benjamin Kohn***

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| BENJAMIN KOHN,<br><br>Plaintiff,<br><br>v.<br><br>STATE BAR OF CALIFORNIA; CALIFORNIA COMMITTEE OF BAR EXAMINERS AND THEIR AGENTS IN THEIR OFFICIAL CAPACITY,<br><br>Defendants. | Case No. 4:20-cv-04827-PJH<br>Hon. Phyllis J. Hamilton<br><br>**DECLARATION OF ANDREW ROZYNSKI IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***<br><br>Civil L.R. 11-3<br><br>No hearing requested |

**DECLARATION OF ANDREW ROZYNSKI**

I, Andrew Rozynski, declare:

1. I am an attorney with Eisenberg & Baum, LLP, and the applicant for admission *pro hac vice* in this action. The facts stated here are within my personal knowledge, and I could testify to them if called.

2. I am an active member in good standing of the bar of the highest court of the State of New York. I was admitted to practice as an attorney and counselor at law in all the courts of New York on June 19, 2012, by the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department. My New York attorney registration number is 5054465.

3. A true and correct copy of a certificate of good standing issued by that Court on February 2, 2026, which is less than one year before this application, is attached as Exhibit A.

4. My address of record is Eisenberg & Baum, LLP, 24 Union Square East, Penthouse, New York, New York 10003. My telephone number of record is (212) 353-8700 and my email address of record is arozynski@eandblaw.com.

5. My local co-counsel in this case is Matt Valenti, Esq., of Valenti Law, APC, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. His California bar number is 253978. His address of record is 10174 Austin Drive #1116, Spring Valley, California 91979, his telephone

number of record is (619) 540-2189, and his email address of record is mattvalenti@valentilawapc.com. Mr. Valenti appeared for Plaintiff Benjamin Kohn on September 8, 2026 (Dkt. 90) and has agreed to serve as local co-counsel.

6. This Court has granted me *pro hac vice* admission zero times in the twelve months preceding this application.

7. I do not reside in California. I am not regularly engaged in the practice of law in California and am not regularly engaged in substantial business, professional, or other activities in this State. I am therefore not disqualified under Civil L.R. 11-3(c).

8. I agree to familiarize myself with, and to abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

9. I understand that all papers I file must indicate my appearance *pro hac vice*, and that service of papers on, and communication with, local co-counsel designated in the application constitutes notice to the party.

10. The *pro hac vice* admission fee set by the Court's fee schedule has been paid through Pay.gov concurrently with this filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2026,

/s/ Andrew Rozynski
ANDREW ROZYNSKI, ESQ.
Applicant

**EXHIBIT A**

Certificate of Good Standing

Appellate Division of the Supreme Court of the State of New York,

Third Judicial Department, dated February 2, 2026

EXCELSIOR

# *Appellate Division of the Supreme Court*
# *of the State of New York*
# *Third Judicial Department*

*I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that*

*Andrew Rozynski*

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* ***June 19, 2012,*** *has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*

SUPREME COURT APPELLATE DIVISION • THIRD DEPARTMENT •

*In Witness Whereof, I have hereunto set my hand in the City of Albany on February 2, 2026.*

*Clerk of the Court*

*CertID-00272424*