United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN KOHN,
Plaintiff,

v.

STATE BAR OF CALIFORNIA, et al.,
Defendants.

Case No. 20-cv-04827-PJH

**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITS**

Re: Dkt. No. 95

Plaintiff in the above-captioned case has filed an administrative motion to exceed page limits for his opposition to defendants' motion to dismiss the third amended complaint. See Dkt. 95. In a previous order, the court granted the parties' joint request to enlarge their page limits from 25 to 35, and plaintiff now seeks a further increase to 45 pages. See Dkt. 87 at 2.

Defendants have filed an opposition to plaintiff's administrative motion. See Dkt. 96.

In light of the substantial page-limit increase that the parties have already received, the court does not believe that an additional increase is warranted. Accordingly, plaintiff's administrative motion to further exceed page limits for his opposition brief (Dkt. 95) is DENIED.

So that plaintiff may have enough time to conform his current draft to the 35-page limit, the court extends the filing deadline for plaintiff's opposition brief by one week, to **September 29, 2026**. Defendants shall also have an additional week to file their reply,

United States District Court
Northern District of California

the new deadline being **October 27, 2026**.

**IT IS SO ORDERED.**

Dated: September 16, 2026

/s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge